■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALENTINO ANDERSON, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on May 13, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BONILLA, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on February 11, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.